UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| USA <br><br> Plaintiff(s) <br><br> vs. <br><br> Deronda Seats <br><br><br> Defendant(s) | Case No. 4:08cv00837CEJ |

## **ORDER**

The above styled and numbered case was filed on June 10, 2008 and randomly assigned to the Honorable Carol E. Jackson, United States District Judge.

After a review of the case, the Clerk's Office found that the case was opened incorrectly. The case should have been assigned to our Southeastern Division. Accordingly, the case has been transferred to our Southeastern Division and given Case No. 1:08cv00089LMB and randomly assigned to the Honorable Lewis M. Blanton, United States Magistrate Judge.

Dated this 10th day of June, 2008.

JAMES G. WOODWARD, CLERK

By: /s/ Karen Moore, Deputy Clerk

**Please note the new case number: 1:08cv00089LMB.**